RECEIVED
IN ALEXANDRIA, LA
DEC 07 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANTONIO JOHNS<br>Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-1016-A<br>(LEAD CASE: CV04-2063-A) |
| VERSUS | |
| TIM WILKINSON, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Johns' complaint is DISMISSED WITHOUT PREJUDICE for failure to comply with orders of this Court.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _7th_ day of _December_, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE