U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

NOV 17 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TRON CARRUTH | CIVIL ACTION NO. 04-2063-A |
| -vs- | JUDGE DRELL |
| TIMOTHY WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Mr. Carruth last notified the Clerk of Court of an address change on July 21, 2005. (Document No. 17.) All documents mailed to Mr. Carruth at that address were returned to the Clerk of Court marked "return to sender." (Document Nos. 32, 33, and 35.) Some of the returned envelopes listed a forwarding address in Dallas, Texas. Therefore, the Clerk of Court began sending documents to that address. The most recent mailing to the new address was returned to the Clerk of Court on September 25, 2008, marked "return to sender; attempted – not known; unable to forward." (Document No. 42.) Thirty days have passed since September 25, 2008, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is appropriate. Accordingly,

IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, and the telephone conference scheduled for November 20, 2008 is CANCELLED.

SIGNED on this 14th day of November, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE